# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1642    **Short Title:** C.B.D. et al. v. NHTSA et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Environmental Defense Fund    as the

[ ] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[✔] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

/s/ Megan M. Herzog
Signature

July 11, 2025
Date

Megan M. Herzog
Name

Donahue, Goldberg & Herzog
Firm Name (if applicable)

(650) 353-8719
Telephone Number

1008 Pennsylvania Avenue SE
Address

Fax Number

Washington, DC 20003
City, State, Zip Code

megan@donahuegoldberg.com
Email (required)

Court of Appeals Bar Number: 1218617

Has this case or any related case previously been on appeal?

[ ] No        [✔] Yes    Court of Appeals No. 25-1595 (1st Cir.)

===========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).