# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 25-1642  **Short Title:** CBD v. NHTSA

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Natural Resources Defense Council as the

[ ] appellant(s)  [ ] appellee(s)  [ ] amicus curiae

[✔] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

/s/ Julia K. Forgie
Signature

July 17, 2025
Date

Julia K. Forgie
Name

Natural Resources Defense Council
Firm Name (if applicable)

310-434-2351
Telephone Number

1314 Second Street
Address

Fax Number

Santa Monica, CA 90401
City, State, Zip Code

jforgie@nrdc.org
Email (required)

Court of Appeals Bar Number: 1218618

Has this case or any related case previously been on appeal?

[ ] No  [✔] Yes  Court of Appeals No. 25-8019, 25-1595

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).