# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1642              Short Title: CBD, et al., v. NHTSA, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Center for Biological Diversity</u> as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✓] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

<u>s/ Lia Comerford</u>                              <u>7/22/2025</u>
Signature                                          Date

<u>Lia Comerford</u>
Name

<u>Center for Biological Diversity</u>               <u>(971) 717-6420</u>
Firm Name (if applicable)                          Telephone Number

<u>P.O. Box 11374</u>
Address                                            Fax Number

<u>Portland, OR 97211</u>                           <u>lcomerford@biologicaldiversity.org</u>
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: <u>1197145</u>

Has this case or any related case previously been on appeal?

[ ] No          [✓] Yes   Court of Appeals No. <u>25-1595; 25-8019</u>

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).