# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1642     **Short Title:** Center for Biological Diversity

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Nebraska     as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [✓] intervenor(s)

/s/ Cody S. Barnett
Signature

7/23/2025
Date

Cody S. Barnett
Name

Nebraska Attorney General's Office
Firm Name (if applicable)

402-471-6933
Telephone Number

1445 K Street, Room 2115
Address

Fax Number

Lincoln, Nebraska 68508
City, State, Zip Code

cody.barnett@nebraska.gov
Email (required)

Court of Appeals Bar Number: 1218826

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

==================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).