# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1642          **Short Title:** Center for Biological Diversity v. NHTSA

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

American Petroleum Institute                                                                                          as the

[ ] appellant(s)                    [ ] appellee(s)                    [ ] amicus curiae

[ ] petitioner(s)                   [ ] respondent(s)                  [✓] intervenor(s)

s/C. Harker Rhodes IV
Signature

7/25/2025
Date

C. Harker Rhodes IV
Name

Clement & Murphy, PLLC
Firm Name (if applicable)

(202) 742-8900
Telephone Number

706 Duke Street
Address

Fax Number

Alexandria, VA 22314
City, State, Zip Code

harker.rhodes@clementmurphy.com
Email (required)

Court of Appeals Bar Number: 1218825

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).