# United States Court of Appeals
## For the First Circuit

No. 25-1642

CENTER FOR BIOLOGICAL DIVERSITY; ENVIRONMENTAL DEFENSE FUND; NATURAL RESOURCES DEFENSE COUNCIL; SIERRA CLUB,

Petitioners,

v.

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; PETER SIMSHAUSER, in the official capacity as Chief Counsel & Acting Administrator of the National Highway Traffic Safety Administration; SEAN P. DUFFY, in the official capacity as Secretary of the US Department of Transportation,

Respondents.

**NOTICE**

Issued: August 7, 2025

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Vera P. Pardee
Alice Henderson

The following attorneys will continue to receive notice in this case:

Nicholas Albert Aquart
Cody S. Barnett
Joshua Aries Berman
Michael Buschbacher
Paul D Clement
Lia Comerford
James R. Conde

Nicholas A. Cordova
Sean H. Donahue
Daniel Jacob Feith
Julia Kathryn Forgie
Steven H. Hazel
Megan M. Herzog
Brooklyn Hildebrandt
Atid B. Kimelman
Matthew F. Kuhn
David Pettit
Thomas Pulham
C. Harker Rhodes IV
Laura B. Ruppalt
Justin A. Savage
Andrew Philip Su
Timothy K. Webster
James Wedeking
Eric H. Wessan
Michael Ray Williams

    Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Anastasia Dubrovsky, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Gloria - (617) 748-4214

cc:
Nicholas Albert Aquart, Cody S. Barnett, Joshua Aries Berman, Michael Buschbacher, Paul D Clement, Lia Comerford, James R. Conde, Nicholas A. Cordova, Sean H. Donahue, Daniel Jacob Feith, Julia Kathryn Forgie, Steven H. Hazel, Alice Henderson, Megan M. Herzog, Brooklyn Hildebrandt, Atid B. Kimelman, Matthew F. Kuhn, Vera P. Pardee, David Pettit, Thomas Pulham, C. Harker Rhodes IV, Laura B. Ruppalt, Justin A. Savage, Andrew Philip Su, Timothy K. Webster, James Wedeking, Eric H. Wessan, Michael Ray Williams